NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**VELMA SALINAS-NIX,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

———————————————

2012-3209

———————————————

Petition for review of the Merit Systems Protection Board in case no. DA0752100513-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon review of the court's January 11, 2013 order,

IT IS FURTHER ORDERED THAT:

The Army's response brief will be due January 17, 2013.


FOR THE COURT

VELMA SALINAS-NIX V. ARMY                                          2


                                    /s/ Jan Horbaly
                                    Jan Horbaly
                                    Clerk

s21